FILED: September 8, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 22-1942
(1:20-cv-00008-RDB)

---

MICHAEL C. WORSHAM

Plaintiff - Appellant

v.

DISCOUNT POWER, INC.

Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:20-cv-00008-RDB |
| Date notice of appeal filed in originating court: | 09/02/2022 |
| Appellant(s) | Michael C. Worsham |
| Appellate Case Number | 22-1942 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |