**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1942**

MICHAEL C. WORSHAM,

Plaintiff - Appellant,

v.

DISCOUNT POWER, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, Senior District Judge. (1:20-cv-00008-RDB)

Submitted: March 16, 2023 Decided: March 20, 2023

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Craig Worsham, Appellant Pro Se. Brian Adam Scotti, GORDON REES SCULLY MANSUKHANI, LLP, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael C. Worsham appeals from the district court's orders entering judgment in favor of Discount Power, Inc. ("Discount Power"), in his action alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the Maryland Telephone Consumer Protection Act, Md. Code Ann., Com. Law §§ 14-3201 to 14-3202. We have reviewed the record and find no reversible error. Accordingly, we deny Worsham's motion to direct the district court to transmit evidence to this court, and we affirm for the reasons stated by the district court. *Worsham v. Disc. Power, Inc.*, No. 1:20-cv-00008-RDB (D. Md. Dec. 1, 2021; Aug. 4, 2022). We deny Worsham's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*